No. 633. UNITED STATES HOFFMAN MACHINERY CORP. *v.* PANTEX PRESSING MACHINE, INC. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Charles Neave* for petitioner. *Messrs. Thomas G. Haight, J. Granville Meyers, Charles S. Jones,* and *T. J. Johnston* for respondent.

No. 634. TROPIC-AIRE, INC., *v.* SEARS, ROEBUCK & Co. February 2, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. A. C. Paul* and *Maurice M. Moore* for petitioner. *Mr. Otto Raymond Barnett* for respondent.

No. 590. FRITZINGER *v.* ILLINOIS ET AL. S. c., *ante,* p. 815.

No. 591. FRITZINGER *v.* ILLINOIS ET AL. S. c., *ante,* p. 816.

No. 614. JOHNSON ET AL. *v.* LOS ANGELES ET AL. February 25, 1931. Petition for writ of certiorari to the Supreme Court of California denied. *Mr. Gurney E. Newlin* for petitioners. *Messrs. Erwin P. Werner* and *Frederick von Schrader* for respondents.

No. 616. SMITH, TREASURER OF ALASKA, *v.* FREEMAN. February 25, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.